AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

Southern **District of** Texas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 17 2019

JAMES W. McCORMACK, CLERK
By: _____, DEP CLERK

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| OSCAR ALMENDAREZ | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 4:19-CR-116-BSM | 5:19-MJ-2181-02 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment  ☐ Information  ☐ Complaint  ✔ Other (specify) Superseding Indictment

charging a violation of  22  U.S.C. § 2778

**DISTRICT OF OFFENSE**

Eastern District of Arkansas    Little Rock Division

**DESCRIPTION OF CHARGES:**

Conspiracy to violate the Arms Export Control Act

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
✔ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | Retained Own Counsel | Federal Defender Organization | ✔ CJA Attorney | ☐ None |
| Interpreter Required? | ✔ No | Yes | Language: | |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

9/11/19
_____
Date

_____
Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |