UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
JUN 1 2 2020
IN OPEN COURT
JAMES W. McCORMACK, CLERK
By:_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 4:19CR00116-5 BSM |
| v. ) | |
| ) | |
| ALEJANDRO QUIROZ ) | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

On or about November 19, 2018, in the Eastern District of Arkansas and elsewhere,

ALEJANDRO QUIROZ

having knowledge of a crime that can be prosecuted in the United States District Court for the Eastern District of Arkansas, to wit: conspiracy to violate the Arms Export Control Act in violation of Title 22, United States Code, Section 2778(c), did knowingly and intentionally conceal such criminal activity and fail to as soon as possible make known the same criminal activity to some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, section 4.

CODY HILAND
United States Attorney

_____
UNITED STATES ATTORNEY/ASSISTANT
ANNE E. GARDNER
Assistant U.S. Attorney
Bar No. 41461
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Anne.Gardner2@usdoj.gov