# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1918

United States of America

Appellee

v.

Andrew Scott Pierson

Appellant

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:19-cr-00116-BSM-1)

---

## MANDATE

In accordance with the opinion and judgment of July 11, 2023, and pursuant to the

provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in

the above-styled matter.

September 19, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit

## Forrest Dunn

**From:**       ca08ml_cmecf_Notify@ca8.uscourts.gov
**Sent:**       Tuesday, September 19, 2023 10:25 AM
**Subject:**    22-1918 United States v. Andrew Pierson "Mandate Issued" (4:19-cr-00116-BSM-1)

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 09/19/2023

  **Case Name:**     United States v. Andrew Pierson
  **Case Number:**   22-1918
  **Document(s):**   Document(s)

**Docket Text:**
MANDATE ISSUED. [5317677] [22-1918] (Rachael DuMey)

**Notice will be electronically mailed to:**

Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Margaret Diane Depper: adepper@fc-lawyers.com, anniedepper@yahoo.com, anniemdepper@gmail.com, jfowler@fc-lawyers.com, jself@fc-lawyers.com
Ms. Anne E. Gardner, Assistant U.S. Attorney: anne.gardner2@usdoj.gov, tavia.douthard@usdoj.gov, stephanie.mazzanti@usdoj.gov, john.webster@usdoj.gov, leslie.bright@usdoj.gov
Honorable Brian S. Miller, U.S. District Judge: Brian_Miller@ared.uscourts.gov

**Notice will be mailed to:**

Mr. Andrew Scott Pierson
71608-053
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 7000
Texarkana, TX 75505-0000

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/RachaelDuMey_221918_5317677_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=09/19/2023] [FileNumber=5317677-0]

[70943b2fbc27037613bd5bceb3d01fc263cda902bd153ee0ea5116504ffc0f4241cbd81f2d7530e736c6c442d623b27b918f2a296f9c601307b576515ab55e49]]
**Recipients:**

- [Ms. Clerk, U.S. District Court, Eastern District of Arkansas, Clerk of Court](#)
- [Ms. Margaret Diane Depper](#)
- [Ms. Anne E. Gardner, Assistant U.S. Attorney](#)
- [Honorable Brian S. Miller, U.S. District Judge](#)
- [Mr. Andrew Scott Pierson](#)

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 5317677
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7362577